UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

PHYLICIA SCOTT,

    Plaintiff,

    v.

THOR INDUSTRIES INC, et al.,

    Defendants.

Case No. 3:22-CV-313 JD

## **ORDER**

On October 11, 2022, the parties filed a joint Stipulation to Dismiss (DE 25), agreeing to dismiss all claims in this action with prejudice. Considering the joint nature of the stipulation, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this matter is hereby DISMISSED, with prejudice. The Clerk is DIRECTED to CLOSE this case.

SO ORDERED.

ENTERED: October 12, 2022

                          /s/ JON E. DEGUILIO
                          Chief Judge
                          United States District Court